JEFFREY W. SAAB, ESQ
NEVADA STATE BAR NO. 11261
BREMER WHYTE BROWN & O'MEARA LLP
1160 N. TOWN CENTER DRIVE
SUITE 250
LAS VEGAS, NV 89144
TELEPHONE:  (702) 258-6665
FACSIMILE:  (702) 258-6662
jsaab@bremerwhyte.com
Attorney for Defendant,
James River Insurance Company

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JOHNATHAN RODRIGUEZ,

     Plaintiff,

    vs.

JAMES RIVER INSURANCE
COMPANY; DOES 1 through 5; and
ROE CORPORATIONS 1 through 5,
inclusive,

     Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2:21-cv-01111

**STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE**

     Pursuant to Fed R. Civ. P. 41(a), Jonathan Rodriguez, by and through his counsel, Joseph L.

Benson II, Esq. of Benson & Bingham and James River Insurance Company by and through its

counsel, Jeffrey W. Saab, Esq. of Bremer Whyte Brown & O'Meara, LLP  hereby stipulate to dismiss

this action in its entirety with prejudice, each side to bear its own fees and costs.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

BREMER WHYTE BROWN &
O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV  89144
(702) 258-6665

1356.392  4871-7181-6750.1

1    DATED this 18th day of August 2022.       DATED this 18th day of August 2022.

2    BENSON & BINGHAM                        BREMER WHYTE BROWN & O'MEARA
                                             LLP
3

4    By:    */s/ Joseph Benson*____          By:    */s/ Jeffrey Saab*_____
            Joseph L. Benson II, Esq.               Jeffrey W. Saab, Esq.
5           Nevada State Bar No. 7276              Nevada Bar No. 11261
            11441 Allerton Park Dr., Suite 100     1160 N. Town Center Drive, Suite 250
6           Las Vegas, NV 89135                    Las Vegas, NV  89144
            Attorney for Plaintiff                 Attorney for Defendant
7

8

9                            IT IS SO ORDERED

10

11                           UNITED STATES DISTRICT COURT JUDGE

12                           DATED: August 22, 2022_____

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BREMER WHYTE BROWN &
O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV  89144
(702) 258-6665

2

1356.392  4871-7181-6750.1